IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 10-70747 CRB |
| Plaintiff, | **ORDER DENYING STAY** |
| v. | |
| LORETO HIDALGO, | |
| Defendant. / | |

The Government's request for a stay of Magistrate Judge Zimmerman's order granting release is DENIED.

**IT IS SO ORDERED.**

Dated: September 3, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\70747\Order Denying Stay.wpd